UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 201-384-2200 Fax 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

In Re:

Rogerio M Andre,
Debtor.

Order Filed on October 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-11668

Chapter:    13

Judge:    CMG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 13, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3/1/2016_____ :

Property:     41 Sunset Avenue, Old Bridge, NJ 08857

Creditor:     Bank of America

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/31/2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2