UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Law Office of Harvey I Marcus (HIM8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 201-384-2200 Fax 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

In Re:

Rogerio M Andre,
Debtor.

**Order Filed on October 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 16-11668 |
| Chapter: | 13 |
| Judge: | CMG |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 13, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____3/1/2016_____ :

Property:        41 Sunset Avenue, Old Bridge, NJ 08857 _____

Creditor:        __Bank of America_____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____,
and for good cause shown

❑  Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/31/2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-11668-CMG
Rogerio M Andre                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Oct 14, 2016
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db              Rogerio M Andre,   41 Sunset Ave,   Old Bridge, NJ  08857-1268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Alexandra T. Garcia   on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract originated by BANK OF AMERICA
           NJECFMAIL@mwc-law.com
          Denise E. Carlon   on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harvey I. Marcus   on behalf of Debtor Rogerio M Andre him@lawmarcus.com
          John Philip Schneider   on behalf of Creditor   DITECH FINANCIAL, LLC nj.bkecf@fedphe.com
          Sean M. O'Brien   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN
           ASSET-BACKED CERTIFICATES, SERIES 2006-S2 sobrien@flwlaw.com
                                                                     TOTAL: 7