UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HIM 8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
HIM@lawmarcus.com
Tel. 201-384-2200
Fax. 888-565-0403
Attorney for Debtor(s)/Plaintiff

Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-11668

In Re:

Rogerio Andre,
              Debtor(s),

Chapter 13

Honorable Christine M. Gravelle

## ORDER ENFORCING THE LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 19, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

Case No: 16-11668

Rogerio Andre, Debtor

Upon the Debtor(s)' motion for an Order enforcing the Loss Mitigation order

**IT IS** hereby **ORDERED** as follows:

Within 10 days after the entry of the within Order Ditech Financial shall turnover to debtor and to Shellpoint Mortgage Servicing the underwriting review made by Ditech including all written or electronic notes or comments made by the underwriters.

Shellpoint Mortgage Servicing shall within 20 days of its receipt of the underwriting review materials to be provided by Ditech Financial LLC, issue a decision on debtor's modification request.   In the event that the modification request is denied, a detailed written explanation for the denial signed and dated by the responsible Shellpoint Mortgage Servicing underwriter and confirmed in writing by a senior corporate officer.  No additional documents for consideration of the modification application shall be requested by Shellpoint Mortgage Servicing or provided by debtor without the further Order of this Court.

The Loss Mitigation period is extended to November 30, 2016.