UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (HIM 8635)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
HIM@lawmarcus.com
Tel. 201-384-2200
Fax. 888-565-0403
Attorney for Debtor(s)/Plaintiff

**Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-11668

In Re:

Rogerio Andre,
            Debtor(s),

Chapter 13

Honorable Christine M. Gravelle

## ORDER ENFORCING THE LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 19, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1

Case No: 16-11668
Rogerio Andre, Debtor

Upon the Debtor(s)' motion for an Order enforcing the Loss Mitigation order

**IT IS** hereby **ORDERED** as follows:

Within 10 days after the entry of the within Order Ditech Financial shall turnover to debtor and to Shellpoint Mortgage Servicing the underwriting review made by Ditech including all written or electronic notes or comments made by the underwriters.

Shellpoint Mortgage Servicing shall within 20 days of its receipt of the underwriting review materials to be provided by Ditech Financial LLC, issue a decision on debtor's modification request.   In the event that the modification request is denied, a detailed written explanation for the denial signed and dated by the responsible Shellpoint Mortgage Servicing underwriter and confirmed in writing by a senior corporate officer.  No additional documents for consideration of the modification application shall be requested by Shellpoint Mortgage Servicing or provided by debtor without the further Order of this Court.

The Loss Mitigation period is extended to November 30, 2016.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-11668-CMG
Rogerio M Andre                                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                  Page 1 of 1              Date Rcvd: Oct 20, 2016
                               Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db            Rogerio M Andre,    41 Sunset Ave,    Old Bridge, NJ   08857-1268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
        Fannie Mae, as owner and holder of account/contract originated by BANK OF AMERICA
        NJECFMAIL@mwc-law.com
        Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Harvey I. Marcus    on behalf of Debtor Rogerio M Andre him@lawmarcus.com
        John Philip Schneider    on behalf of Creditor    DITECH FINANCIAL, LLC nj.bkecf@fedphe.com
        Sean M. O'Brien    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN
        ASSET-BACKED CERTIFICATES, SERIES 2006-S2 sobrien@flwlaw.com
                                                                                                                   TOTAL: 7