Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | | |
|---|---|---|
| IN RE: | **Rogerio M Andre** | Case No.: 16-11668 |
| | | Judge: CMG |
| | Debtor(s) | Chapter: 13 |

### CHAPTER 13 PLAN AND MOTIONS AMENDED

☐ Original  ☑ Modified/Notice Required  ☑ Discharge Sought
☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: 3/09/2017

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1:  Payment and Length of Plan

a. The Debtor shall pay **1,017.00 Monthly** to the Chapter 13 Trustee, starting on **6/1/2016** for approximately **32** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☑ Loan modification with respect to mortgage encumbering property
Description: 41 Sunset Avenue, Old Bridge, NJ 08857 (Shellpoint Mortgage)
Proposed date for completion:  5/31/2017 or as extended by court order

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ **1,760.00** to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to **Shellpoint Mortgage** (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Harvey I Marcus 8635** | **Attorney Fees** | **2,000.00** |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Shellpoint Mortgage** | **Residence at: 41 Sunset Ave, Old Bridge, NJ 08857-1268** | **157,833.43** | **0.00** | **0.00** | **2,488.17** |

**Debtor will make an adequate protection payment monthly and will pay no mortgage arrears pending the outcome of loss mitigation**

_____

2

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| The Bank of New York Mellon FKA The Bank of New York, as the Trustee for the Benefit of the Certificate Holders of the CWHEQ Inc. Home Equity Loan Asset-Backed Certificates, Series 2006-S2, c/o Frenkel Lambert Weiss Weisman & Gordon, LLP (The Bank of New York) | 41 Sunset Avenue, Old Bridge, NJ 08857 | $51,000.00 | 365,000.00 | 400,916.61 | no value | 0.00 | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **-NONE-** | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**Nationwide Acceptance**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **GE Capital** | non exempt assets | 3400.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

### Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:
____       Not less than $____ to be distributed *pro rata*

____ Not less than ___ percent

__x__     *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

### Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

### Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **The Bank of New York** | 41 Sunset Avenue, Old Bridge, NJ 08857 | all |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

4

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   - [✓] Upon Confirmation
   - [ ] Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

d. **Post-petition claims**

The Trustee [✓] is, [ ] is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| correct first mortgage holder per transfer to Shellpoint Mortgage. avoid 2nd mortgage lien | Part 4a insert Shellpoint Mortgage. Part 4b avoid The Bank of New York second mortgage. |

Are Schedules I and J being filed simultaneously with this modified Plan?   [ ] Yes   [✓] No

### Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date: **March 9, 2017**        /s/ Harvey I Marcus
                               **Harvey I Marcus 8635**
                               Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: **March 9, 2017**        /s/ Rogerio M Andre
                               **Rogerio M Andre**
                               Debtor

Date: ____                     ____
                               Joint Debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 16-11668-CMG
Rogerio M Andre                                                Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: Mar 10, 2017
                              Form ID: pdf901             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db             Rogerio M Andre,    41 Sunset Ave,    Old Bridge, NJ 08857-1268
cr            +DITECH FINANCIAL, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
lm             Grenn Tree/Ditech,    Po Box 6154,    Rapid City, SD 57709-6154
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Koury Tighe Lapres Bisulca & Sommers,
                1423 Tilton Rd,    Suite 9,    Northfield, NJ 08225-1857
515972173     +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
515972174    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,      P.O. Box 982236,    El Paso, TX 79998)
515972175      Bank of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
516196847     +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
515972177     +Citibank / Sears,    Po Box 6497,    Sioux Falls, SD 57117-6497
515972176     +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                Saint Louis, MO 63179-0040
515972179     +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
515972178     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
516195184      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
515972182     +Dsnb Macys,    Macys Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
515972183     +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
515972186     +Hsbc/ymaha,    Attn: Bankruptcy,    Po Box 5264,    Carol Stream, IL 60197-5264
515972187     +Hsbc/ymaha,    Po Box 30253,    Salt Lake City, UT 84130-0253
515972189     +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers Inc; Attn: Bankruptcy,   Po Box 1799,
                Akron, OH 44309-1799
516366345      MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                Greenville, SC 29603-0826
516103467     +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
515972192     +Nationwide Acceptance,    450 American St,    Simi Valley, CA 93065-6285
515972193     +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd, Ste 100,
                Mount Laurel, NJ 08054-3437
516187620     +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
515972198      State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
516692174     +The Bank of New York Mellon as Trustee c/o,    Frenkel Lambert Weis LLP,
                80 Main Street, Suite 460,    West Orange, NJ 07052-5414
515972206     +Tnb-Visa (TV) / Target,    Po Box 673,    Minneapolis, MN 55440-0673
515972205     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV P.O.Box 9475,
                Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2017 23:30:25      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2017 23:30:24      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: cowens@nationwideacceptance.com Mar 10 2017 23:30:33      Nationwide Acceptance,
                105 Decker Court,    Suite 725,    Irving, TX 75062-2815
515972181      E-mail/Text: mrdiscen@discover.com Mar 10 2017 23:30:12      Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
515990924      E-mail/Text: mrdiscen@discover.com Mar 10 2017 23:30:12      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515972180     +E-mail/Text: mrdiscen@discover.com Mar 10 2017 23:30:12      Discover Financial,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
516198138      E-mail/Text: bankruptcy.bnc@ditech.com Mar 10 2017 23:30:17      Ditech Financial LLC,
                f/k/a Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
515972184     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:45      GE Capital Bank,   901 Main Ave,
                Norwalk, CT 06851-1168
515972185      E-mail/Text: bankruptcy.bnc@ditech.com Mar 10 2017 23:30:17      Green Tree Servicing,
                Attention: Bankruptcy Dept,    Po Box 6154,    Rapid City, SD 57709
515972188     +E-mail/Text: cio.bncmail@irs.gov Mar 10 2017 23:30:15      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
515972190     +E-mail/Text: ebnsterling@weltman.com Mar 10 2017 23:30:21      Kay Jewelers/Sterling Jewelers Inc.,
                375 Ghent Rd,    Fairlawn, OH 44333-4601
515972191     +E-mail/Text: cowens@nationwideacceptance.com Mar 10 2017 23:30:33      Nationwide Acceptance,
                105 Decker Ct. Suite 725,    Irving, TX 75062-2815
516196570      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2017 23:29:12
                Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                Norfolk VA 23541
515972194     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2017 23:14:47
                Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,   Hopkins, MN 55343-0640
515972195     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2017 23:14:56
                Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Mar 10, 2017
                              Form ID: pdf901          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515972196     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:45     Sams Club / GEMB,
               Attention: Bankruptcy Department,   Po Box 103104,    Roswell, GA 30076-9104
515972197     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:46     Sams Club / GEMB,   Po Box 965005,
               Orlando, FL 32896-5005
515972199     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:54     Syncb/toysrusdc,
               Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
515972200     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:46     Syncb/toysrusdc,   Po Box 965005,
               Orlando, FL 32896-5005
515972202     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:46     Synchrony Bank/ Old Navy,
               Po Box 965005,   Orlando, FL 32896-5005
515972201     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:54     Synchrony Bank/ Old Navy,
               Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
515972203     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:54     Synchrony Bank/Gap,
               Attn: Bankrupty,   Po Box 103104,   Roswell, GA 30076-9104
515972204     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 23:14:54     Synchrony Bank/Gap,
               Po Box 965005,   Orlando, FL 32896-5005
516167940     +E-mail/Text: bncmail@w-legal.com Mar 10 2017 23:30:28     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                            TOTAL: 24

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2017 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor   Ditech Financial LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract originated by BANK OF AMERICA
           NJECFMAIL@mwc-law.com
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Rogerio M Andre him@lawmarcus.com
          John Philip Schneider    on behalf of Creditor   DITECH FINANCIAL, LLC nj.bkecf@fedphe.com
          Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN
           ASSET-BACKED CERTIFICATES, SERIES 2006-S2 sobrien@flwlaw.com
                                                                                            TOTAL: 7
```