Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–11668–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rogerio M Andre
   aka Roger M Andre
   41 Sunset Ave
   Old Bridge, NJ 08857–1268

Social Security No.:
   xxx–xx–1355

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 16, 2017.

On December 23, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           February 7, 2018
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 26, 2017
JAN: wdr

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Rogerio M Andre
    Debtor

Case No. 16-11668-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 26, 2017
                      Form ID: 185     Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.

```
db              Rogerio M Andre,    41 Sunset Ave,    Old Bridge, NJ  08857-1268
cr             +DITECH FINANCIAL, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm              Grenn Tree/Ditech,    Po Box 6154,    Rapid City, SD  57709-6154
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Koury Tighe Lapres Bisulca & Sommers,
                 1423 Tilton Rd,    Suite 9,    Northfield, NJ 08225-1857
515972173      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH  45040-8999
515972174     ++BANK OF AMERICA,    PO BOX 982284,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     P.O. Box 982236,    El Paso, TX 79998)
515972175       Bank of America,    4060 Ogletown/Stanton Rd,    Newark, DE  19713
516196847      +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
515972177      +Citibank / Sears,    Po Box 6497,    Sioux Falls, SD  57117-6497
515972176      +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO  63179-0040
515972179      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD  57117-6497
515972178      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO  63179-0040
516195184       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
515972183      +Dsnb Macys,    Po Box 8218,    Mason, OH  45040-8218
515972182      +Dsnb Macys,    Macys Bankruptcy Department,    Po Box 8053,    Mason, OH  45040-8053
515972187      +Hsbc/ymaha,    Po Box 30253,    Salt Lake City, UT  84130-0253
515972186      +Hsbc/ymaha,    Attn: Bankruptcy,    Po Box 5264,    Carol Stream, IL  60197-5264
515972189      +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers Inc; Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH  44309-1799
516366345       MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                 Greenville, SC  29603-0826
515972192      +Nationwide Acceptance,    450 American St,    Simi Valley, CA  93065-6285
515972193      +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Rd, Ste 100,
                 Mount Laurel, NJ 08054-3437
516187620      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515972198       State of New Jersey,    PO Box 245,    Trenton, NJ  08602-0245
516692174      +The Bank of New York Mellon as Trustee c/o,    Frenkel Lambert Weis LLP,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
515972205      +Tnb-Visa  (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN  55440-9475
515972206      +Tnb-Visa  (TV) / Target,    Po Box 673,    Minneapolis, MN  55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: cowens@nationwideacceptance.com Dec 26 2017 21:48:31      Nationwide Acceptance,
                 105 Decker Court,    Suite 725,    Irving, TX 75062-2815
515972181       E-mail/Text: mrdiscen@discover.com Dec 26 2017 21:47:25      Discover Financial,    Po Box 15316,
                 Wilmington, DE  19850
515990924       E-mail/Text: mrdiscen@discover.com Dec 26 2017 21:47:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515972180      +E-mail/Text: mrdiscen@discover.com Dec 26 2017 21:47:25      Discover Financial,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH  43054-3025
516198138       E-mail/Text: bankruptcy.bnc@ditech.com Dec 26 2017 21:47:56      Ditech Financial LLC,
                 f/k/a Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
515972184      +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:16      GE Capital Bank,    901 Main Ave,
                 Norwalk, CT 06851-1168
515972185       E-mail/Text: bankruptcy.bnc@ditech.com Dec 26 2017 21:47:56      Green Tree Servicing,
                 Attention: Bankruptcy Dept,    Po Box 6154,    Rapid City, SD 57709
515972188      +E-mail/Text: cio.bncmail@irs.gov Dec 26 2017 21:47:48      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
515972190      +E-mail/Text: BKRMailOPS@weltman.com Dec 26 2017 21:47:59
                 Kay Jewelers/Sterling Jewelers Inc.,    375 Ghent Rd,    Fairlawn, OH 44333-4601
516103467      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 26 2017 21:48:06      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
515972191      +E-mail/Text: cowens@nationwideacceptance.com Dec 26 2017 21:48:31      Nationwide Acceptance,
                 105 Decker Ct. Suite 725,    Irving, TX 75062-2815
516196570       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 26 2017 22:05:48
                 Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
                 Norfolk VA 23541
515972194      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2017 21:53:19
                 Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Dec 26, 2017
                              Form ID: 185             Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515972195       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2017 21:53:11
                 Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
515972196       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:27     Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
515972197       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:16     Sams Club / GEMB,    Po Box 965005,
                 Orlando, FL 32896-5005
515972199       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:16     Syncb/toysrusdc,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
515972200       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:16     Syncb/toysrusdc,    Po Box 965005,
                 Orlando, FL 32896-5005
516798665       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:06     Synchrony Bank formerly known as,
                 GE Capital Retail Bank,    170 West Election Road, Suite 125,    Draper, UT 84020-6425
515972202       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:16     Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
515972201       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:27     Synchrony Bank/ Old Navy,
                 Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
515972203       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:07     Synchrony Bank/Gap,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
515972204       +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:06     Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
516167940       +E-mail/Text: bncmail@w-legal.com Dec 26 2017 21:48:16     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo   docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor   Ditech Financial LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract originated by BANK OF AMERICA
           NJECFMAIL@mwc-law.com
          Andrew L. Spivack    on behalf of Creditor   DITECH FINANCIAL, LLC nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harvey I. Marcus    on behalf of Debtor Rogerio M Andre him@lawmarcus.com
          Sean M. O'Brien    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN
           ASSET-BACKED CERTIFICATES, SERIES 2006-S2 sobrien@flwlaw.com
                                                                                             TOTAL: 7
```