UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 078663
Tel. 800-792-5500
Fax. 888-565-0403
hi@lawmarcus.com
Attorney for Debtor(s)



Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-11668
Adv. No.

In Re:

Rogerio M Andre,

        Debtor(s).

Hearing Date: 4/3/19

Judge: Christine M Gravelle

## ORDER
Modifying 11-1of Shellpoint Mortgage Servicing

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: April 4, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

04/08/02

**(Page 2)**
Debtor(s): Rogerio ,M Andre
Case No: 16-11668
Caption of Order: Order Modifying claim 11-1 of Shellpoint Mortgage Servicing

Upon consideration of Debtor's Motion, and good cause appearing, it is

ORDERED that Claim 11-1 of Shellpoint Mortgage Servicing, is modified to eliminate all mortgage arrears.

FURTHER ORDERED that the Chapter 13 Trustee shall remove the said claim from his schedule of creditors to be paid.